Judge Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 09-5729RJB |
| Plaintiff, ) | |
| v. ) | ORDER TO SEAL |
| JOHN ALLEN COMOZA, ) | |
| Defendant. ) | |

Having read the United States' Memorandum/pleading in this matter in the above-captioned case, which was presented to be filed under seal, and the United States' Motion to Seal, requesting that the Memorandum/pleading be sealed and remain under seal,

It is hereby ORDERED that the United States' Memorandum/pleading in this matter shall be sealed and remain sealed, absent further order of this court.

DATED this 26th day of February, 2009.

_____
Robert J Bryan
United States District Judge

Presented by:

_____
GERALD T. COSTELLO
Special Assistant United States Attorney

Order to Seal/Comoza — 1
CR09-5729RJB